**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **8:20CR273** |
| | ) | |
| **vs.** | ) | |
| | ) | |
| **THOMAS COSTANZA,** | ) | **ORDER** |
| | ) | |
| **Defendant.** | ) | |

        This matter is before the court on the defendant's Unopposed Motion to Continue Trial [49].  **Counsel requests one additional continuance to finalize plea negotiations**.  For good cause shown,

        **IT IS ORDERED** that the Unopposed Motion to Continue Trial [49] is granted, as follows:

1. The jury trial now set for September 20, 2022, is continued to **November 8, 2022.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial.  Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and November 8, 2022**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act.  Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

3. **No further continuances will be granted without requesting a hearing before the undersigned magistrate judge.**

        DATED:  August 16, 2022

                                        BY THE COURT:


                                        **s/ Michael D. Nelson**
                                        **United States Magistrate Judge**